**Opinion filed July 11, 2013**



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00181-CV

_____

## THE CITY OF CISCO, Appellant

## V.

## COVE MINI STORAGE, INC. ET AL., Appellees

**On Appeal from the 91st District Court**

**Eastland County, Texas**

**Trial Court Cause No. CV-1042068**

### M E M O R A N D U M   O P I N I O N

The City of Cisco is the appellant in this appeal. It has filed an unopposed motion to dismiss the appeal pursuant to TEX. R. APP. P. 42.1(a)(1). In the motion, Appellant states that it "has decided not to pursue an interlocutory appeal at this time." Appellant asks this court to dismiss the appeal. Therefore, in accordance with Appellant's request, we dismiss the appeal.

The motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

July 11, 2013

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.